```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0138--CR (HRH)
                    "USA V WILLIAM E. BRAGG"
                    DEF 1.1 BRAGG, WILLIAM E.

      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:  09/22/99
            Closed:  05/25/00
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  YES
Needs interpreter:  NO
 Counsel of record:  Mary C. Geddes
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3408
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 BRAGG, WILLIAM E.

Document           Count    Citation and Description                  Disposition

   1 -   1 IND       1      21:841(a)(1) MANUFACTURE OF MARIHUANA (F)  Sentenced
                                                                       (45-1)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A99-0138--CR (HRH)
                                  "USA V WILLIAM E. BRAGG"

                                    For all filing dates


  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 09/22/99
           Closed: 05/25/00
No. of Defendants: 1


 Document #    Filed      Docket text

     1 -  1   09/22/99   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1   09/23/99   [Re: DEF 1] Issued WOA.

     2 -  1   09/23/99   [Re: DEF 1] JDR Grand Jury Minutes; Indt secret; WOA to issue; no bail
                         (detention); in State Custody.

     3 -  1   01/14/00   [Re: DEF 1] Return of WOA; def arrested 1/14/00.

  NOTE -  2   01/18/00   [Re: DEF 1] USM Notice of Arrest; defendant arrested 1/14/00.

     4 -  1   01/19/00   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 2/1/00.
                         cc: USA, FPD

     5 -  1   01/19/00   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 9:30
                         a.m., 1/24/00.  cc: USA, FPD, USM, PO

     6 -  1   01/19/00   [Re: DEF 1] Financial Affidavit.

  NOTE -  3   01/20/00   Issued: Notice of Speedy Trial Act ddlns.

     7 -  1   01/20/00   [Re: DEF 1] AHB Minute Order that det hrg set 9:30 a.m., 1/24/00 is
                         VACATED and RESET to 10:00 a.m., 1/24/00.  cc: USA, FPD, USM, PO

     8 -  1   01/20/00   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of arr on Indt
                         (held 1/18/00) FPD appointed; def plead not guilty; def detained; det
                         hrg set 9:30 a.m., 1/24/00.

     9 -  1   01/21/00   DEF 1 motion to extend deadlines for submission of pretrial motions
                         (until 2/9/00) w/att aff of cnsl.

    10 -  1   01/21/00   [Re: DEF 1] HRH Minute Order setting TBJ for 9:00 a.m., 2/28/00.  cc:
                         USA, FPD, USM, PO, MJ Branson, JC

    11 -  1   01/21/00   [Re: DEF 1] AHB Minute Order that hrg re mot to extend ddlns (9-1) is
                         set in conjunction w/det hrg set 10:00 a.m., 1/24/00.  cc: USA, FPD,
                         USM, PO

    12 -  1   01/25/00   [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] Hrg on mot [dkt
                         9] and detention hrg (held 1/24/00); denying w/o prejudice motion to
                         extend deadlines for submission of pretrial motions (9-1); def detained.
                         cc: USA, FPD, USM, PO

    13 -  1   01/25/00   [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO

    14 -  1   01/25/00   DEF 1 Non-opposed Motion to continue trial for a two week period from
                         present trial date of 2/28/00 w/att aff of cnsl.

    14 -  2   01/25/00   DEF 1 Non-opposed Motion on shortened time re: motion to continue trial
                         w/att aff.

ACRS: R_RDSDX              As of 01/04/06 at 3:16 PM by GARRY                          Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0138--CR (HRH)
                              "USA V WILLIAM E. BRAGG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 01/25/00 | [Re: DEF 1] PLF 1 discovery conference certificate. |
| 16 - 1 | 01/25/00 | [Re: DEF 1] HRH Order GRANTING non-opposed mot to reschedule trial (14-1, 14-2); TBJ set 2/28/00 is VACATED and RESET to 9:00 a.m., 3/13/00.  cc: USA, FPD, USM, PO, JC, MJ Branson |
| 17 - 1 | 01/26/00 | DEF 1 Non-opposed  Renewed Motion to extend ddlns for submission of pretrial mots until 2/9/00. |
| 17 - 2 | 01/26/00 | DEF 1 Non-opposed Motion on shortened time re: mot at dkt #17-1. |
| 18 - 1 | 01/27/00 | [Re: DEF 1] AHB Order granting non-opposed mot on shortened time; granted non-opposed mot to extend pretrial mots ddln until 2/9/00.cc: USA, FPD |
| 19 - 1 | 02/09/00 | DEF 1 motion to supress and for Franks hearing w/att aff. |
| 20 - 1 | 02/10/00 | DEF 1 notice of lodging re: DEF 1 motion to supress and for Franks hearing  (19-1) w/att exhs. |
| 21 - 1 | 02/11/00 | [Re: DEF 1] AHB Minute Order granting in part motion for Franks hearing (19-1); Hrg set for 2/23/00 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 22 - 1 | 02/16/00 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion to supress and for Franks hearing (19-1). |
| 23 - 1 | 02/24/00 | DEF 1 Factual Stiplations re: DEF 1 motion to supress and for Franks hearing (19-1). |
| 24 - 1 | 02/25/00 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer/Elisa Singleton] of cont Franks/Evid hrg on def's motion to suppress (19-1) (held 2/24/00); taking under advisement motion to supress and for Franks hearing (19-1); crt to issue R&R; court ordered daily transcript of proceedings w/att wit/exh list. |
| 25 - 1 | 02/25/00 | [Re: DEF 1] Transcript re: evidentiary hrg on def's mot to suppress [held 2/23/00] [transcript located in expando] |
| 26 - 1 | 02/25/00 | [Re: DEF 1] Transcript re: cont evidentiary hrg on def's mot to suppress. [located in expando file] |
| 27 - 1 | 03/01/00 | DEF 1 Notice of Intent to enter conditional change of plea. |
| 28 - 1 | 03/02/00 | [Re: DEF 1] HRH Order that crt accepts def's notice of intent to COP; Trial date is VACATED; ruling on pending mots and conditional COP, if mot is denied, set for 3/13/00 at 1:00 p.m.  cc: USA, FPD, USM, PO, JC, MJ Branson |
| 29 - 1 | 03/03/00 | Initial R&R recommends DENYING re: DEF 1 motion to supress and for Franks hearing (19-1). Objections due 03/06/00. Reply due 03/08/00. cc: USA, FPD, Judge Holland |
| 30 - 1 | 03/03/00 | [Re: DEF 1] HRH Minute Order setting hearing for ruling on pending mots and conditional change of plea for 3/13/00 at 1:30. cc: USA, PTS, USM, FPD |
| 31 - 1 | 03/03/00 | DEF 1 Unopposed Motion to extend ddln for objections to initial R&R until COB on 3/8/00. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0138--CR (HRH)
                             "USA V WILLIAM E. BRAGG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 03/06/00 | [Re: DEF 1] AHB Minute Order GRANTING in part unopposed mot (31-1); obj to R&R now due NOON 3/8/00; responses if any due NLT 10:00 a.m., 3/9/00; no further request for extension of time will be granted. cc: USA, FPD, Judge Holland |
| 33 - 1 | 03/07/00 | [Re: DEF 1] PLF 1 Attorney Appearance of Crandon Randell (AUSA). |
| 34 - 1 | 03/08/00 | DEF 1 objection to R&R re: DEF 1 motion to supress and for Franks hearing (19-1). |
| 35 - 1 | 03/09/00 | Final R&R declines to modify Initial R&R re: DEF 1 motion to supress and for Franks hearing (19-1). cc: USA, FPD, Judge Holland |
| 36 - 1 | 03/13/00 | DEF 1 motion for a De Novo Hearing. |
| 37 - 1 | 03/14/00 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] of hrg to rule on pending mot to suppress (19-1) and conditional COP (held 3/13/00); denying motion to supress and for Franks hearing (19-1); def changed plea to guilty re: Ct 1 of Indt; IOS set 8:30 a.m., 5/25/00. cc: USA, FPD, USM, PO, MJ Branson |
| 38 - 1 | 03/15/00 | Exhibit inventory & disposition notice returning exhs A & B to M. Geddes. |
| 39 - 1 | 03/16/00 | [Re: DEF 1] Exh inventory & dispo notice of exhs 1,3,5 & 6 to US Attorney. |
| 40 - 1 | 04/03/00 | [Re: DEF 1] HRH Minute Order terminating in light of this order: motion for a De Novo Hearing (36-1) moot. cc: USA, FPD |
| 41 - 1 | 05/18/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 42 - 1 | 05/18/00 | DEF 1 Sentencing Memorandum. |
| 43 - 1 | 05/25/00 | [Re: DEF 1] CY of Order of Release (original + 1 cy to USM); def to be released to SOA based upon the detainer to complete the svc of his sentence in 3PA-S99-812 CR. cc: USA, FPD, USM, PO |
| 44 - 1 | 05/25/00 | [Re: DEF 1] HRH Court Minutes [ECR: Pam Richter] re IOS (held 5/25/00); sent 60 mos; SR 48 mos; SA $100. |
| 45 - 1 | 05/25/00 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 60 mos; SR 48 mos; SA $100. cc: USA, FPD, USM, USPO, MJ Branson, FLU, W. Bragg w/cnsls cy |
| 46 - 1 | 06/05/00 | DEF 1 appeal to 9CCA of (37-1) filed 03/14/00. cc: cnsl, Judge, 9CCA |
| 47 - 1 | 06/15/00 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (46-1) cc: cnsl, ECR, 9CCA (orig) |
| 48 - 1 | 06/28/00 | DEF 1 Transcript Designation re: notice of appeal (46-1). cc: ECR w/Order form |
| 49 - 1 | 07/19/00 | [Re: DEF 1] Partial Transcript of IOS held 05/25/00. |
| 50 - 1 | 07/27/00 | [Re: DEF 1] Transcript of Hearing to Rule on Pending Mtn to Suppress & Conditional Change of Plea on 03/13/00 re: notice of appeal (46-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A99-0138--CR (HRH)
                            "USA V WILLIAM E. BRAGG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 1 | 08/02/00 | [Re: DEF 1] cy 9CCA Certificate of Record. (46-1) cc: cnsl |
| 52 - 1 | 04/13/01 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (46-1) that the district court's decision is AFFIRMED.  cc:  cnsl, Judge Holland |
| 53 - 1 | 05/15/01 | USM Return of judgment executed on 5/2/01 FPC Sheridan, OR. |
| NOTE - 4 | 08/20/01 | Issued: writ of execution re: DEF 1 on pFD. |
| 54 - 1 | 08/20/01 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 55 - 1 | 10/09/01 | USM Return of writ unsatisfied |