PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William E. Bragg                     Case Number: A:99CR00138-001 (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:   May 25, 2000

Original Offense:   Manufacture of Marijuana

Original Sentence:   60 months imprisonment, 4 years supervised release

Date Supervision Commenced: July 2, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*The defendant shall participate in the home confinement program for a 30-day period commencing at the instruction of his probation officer, and shall abide by all the assigned components of the program, which may include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system. The defendant may be allowed to leave his home for purposes of employment or other reasons approved by the probation officer.*

## CAUSE

On December 2, 2005, the defendant was arrested by Alaska State Troopers in Palmer, Alaska, for committing the crime of Driving Under the Influence (alcohol), in violation of A.S. 28.35.030. On February 21, 2006, the defendant pled guilty to the offense and was sentenced to 45 days jail with 42 days suspended, $1,500.00 fine with none suspended, license revocation for 90 days, 1 year disqualification for driving a commercial motor vehicle, 3 years probation, and completion of treatment recommended by the Alcohol Safety Action Program (ASAP). The defendant completed the 3 days of imprisonment and the ASAP requirements.

The probation officer recommends the modification of conditions of supervision as stated above to serve as a consequence for the defendant's violation of conditions of supervision. The defendant has agreed to this modification as indicated by the attached Waiver of Hearing to Modify Conditions signed by the defendant.

*Request for Modification of Conditions or Term*
*Name of Offender    :    William E. Bragg*
*Case Number         :    A:99CR00138-001 (HRH)*

Respectfully submitted,

*Charlene Wortman*

Charlene Wortman
U.S. Probation/Pretrial Services Officer
Date: March 25, 2006

Approved by:

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:



**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge
Date: 4/10/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ALASKA

**U.S.A. v William E. Bragg**                               Docket No. A:99CR00138-001

I, William E. Bragg, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

*The defendant shall participate in the home confinement program for a 30-day period commencing at the instruction of his probation officer, and shall abide by all the assigned components of the program, which may include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system. The defendant may be allowed to leave his home for purposes of employment or other reasons approved by the probation officer.*

Signed: _William E. Bragg_ (signature)                Date: 3-16-06
William E. Bragg
Supervised Releasee

Witness: _Charlene Wortman_ (signature)              Date: 3-16-2006
Charlene Wortman
United States Probation Officer